LEWIS SILVERMAN, Respondent, v. NATHAN J. MILLER and Others,

Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.